IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                                                  ORDER

     v.

                                                                  07-CR-115

DELENA PERRY,

                Defendant.
_____

       At the request of the United States Probation Office, it is ORDERED that the probation office shall provide to the Social Security Administration a copy of the psychiatric evaluation of Delena Perry prepared by "Phase" in order to assist SSA in its resolution of Perry's claim for disability benefits.

       Date: August 6, 2008

                                              BY THE COURT:

                                              /s/

                                              STEPHEN L. CROCKER
                                              Magistrate Judge